United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 25, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| In re:<br><br>West Brazos Stewart Food Markets, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80317 (ARP) |

**ORDER AUTHORIZING THE EXPANSION OF FINANCIAL ADVISOR SERVICES AND AUTHORIZING THE RETENTION OF JEFFREY SHULSE AS CHIEF RESTRUCTURING OFFICER EFFECTIVE OCTOBER 1, 2025**

Upon the application (the "Application") of the debtors and debtors in possession (the "Debtors") for the entry of an order expanding the services of the Debtors' current Financial advisor, Chart Capital Management, and authorizing the employment of Jeffrey Shulse as the Debtors' CRO[2] effective as of October 1, 2025, pursuant to §§ 327(a) and 330 of title 11 of the U.S. Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Fed. R. Bankr. P. (the "Bankruptcy Rules"), and rules 2041 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas  (the "Bankruptcy Local Rules"); and the Court having jurisdiction over this matter, 28 U.S.C. §§ 157 and 1334; the Application being a core proceeding, 28 U.S.C. § 157(b)(2); venue of this proceeding and the Application in this district being proper, 28 U.S.C. §§ 1408 and 1409; the Court finding, based on the representations made in the  Application, (a) Chart Capital does not hold or represent an interest  adverse to the Debtors' estates and (b) Chart Capital and the proposed CRO are each a "disinterested person" as defined in 11 U.S.C. § 101(14);

---

[1] The Debtors in these chapter 11 cases are West Brazos Stewart Food Markets, LLC (85-2221853), West Brazos Stewart Property Holdings of Brazoria, LLC (85-2222120), and West Brazos Stewart Property Holdings of Sweeny, LLC (85-2262161). The Debtors' service address in these chapter 11 cases is PO Box 979, Brazoria, Texas 77422.

[2] All terms not defined in this Order are defined in the Application.

1

and the relief requested in the Application is in the best interests of the estates, their creditors, and other parties in interest; and the Debtors provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1.      The Application is granted to the extent set forth herein.

2.      The Debtors are authorized to expand the Financial Advisor's services and retain Jeffrey Shulse as the CRO effective as of October 1, 2025, in accordance with the terms and conditions set forth in the Application.

3.      Chart Capital and Jeffrey Shulse as the CRO are authorized to provide the Debtors with the professional services as described in the Application.

4.      Chart Capital and the CRO shall bill in .5 increments and shall apply for compensation for professional services rendered and reimbursement of expenses incurred in the Debtors' chapter 11 cases under 11 U.S.C. §§ 330 and 331 and applicable provisions of the Federal Rules of Bankruptcy Procedures Fed. R. Bankr. P., the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2

3

Signed: November 25, 2025

Alfredo R Pérez
United States Bankruptcy Judge